IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHARON ARNEANDER MCALLISTER**                                      **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 3:17cv726DPJ-FKB**

**UNITED STATES DEPARTMENT OF**
**VETERANS AFFAIRS**                                                 **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Delano Funches, the undersigned counsel for the Plaintiff Sharon Arneander McAllister and files this motion for withdrawal as counsel of record for plaintiff in the above styled and numbered cause.

Facts have come forward which creates a conflict of interest between said attorney and client. The continued representation, would violate the rules of professional conduct.

WHEREFORE counsel for the Plaintiff, requests an order allowing him to withdraw as counsel for the Plaintiff Sharon Arneander McAllister.

Respectfully Submitted, this 3rd day of May, 2018.

                                                      ___/s/Delano Funches_____
                                                        Delano Funches MSB #8849

Of Counsel:
FUNCHES & ASSOCIATES
1617 Robinson Street
Jackson, Mississippi 39209
Ph: 601-969-7400
Fax: 601-969-7438
Email: funcheslaw@att.net

## **CERTIFICATE OF SERVICE**

This is to certify that I, Delano Funches, Attorney for Plaintiff, have electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL with the Clerk of the Court, using the ECF system which sent notification of such filing to the following:

Keith Bernard French
**FEDERAL GOVERNMENT**
501 East Court Street
Suite 4.430
Jackson, Mississippi 39201
Tel: (601) 973-2152
Fax: (601) 965-4409
email: keith.french@usdoj.gov

This the 3rd day of May, 2018.

                /s/Delano Funches